AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Alan Scott Culbertson

*Defendant*

Case: 1:22-mj-205
Assigned To: Magistrate Judge G. Michael Harvey
Assign. Date: 9/16/2022
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Alan Scott Culbertson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:   09/16/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.09.16 11:22:44 -04'00'

*Issuing's signature*

City and state:   Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/16/22, and the person was arrested on *(date)* 10/24/22
at *(city and state)* Greenville, SC.

Date:  10/24/22

*Arresting officer's signature*

Robert Gibins - TFO
*Printed name and title*