IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 6:22-mj-815-JDA |
| | ) | |
| vs. | ) | WAIVER OF |
| | ) | PRELIMINARY HEARING |
| ALAN SCOTT CULBERTSON | ) | |

  Alan Scott Culbertson ("Culbertson") was charged in the United States District Court for the District of Columbia in a Criminal Complaint filed September 16, 2022. Culbertson made his Initial Appearance in the District of South Carolina on October 24, 2022. At that time, counsel was appointed and asked to inform the Court by October 28, 2022, if Culbertson wants to have a preliminary hearing. On October 28, 2022, present counsel was appointed and asked to make a response to the Court by November 2, 2022.

  Undersigned counsel discussed with Culbertson his right to a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Recognizing this right, Culbertson wishes to waive his right to a preliminary hearing.

Respectfully submitted,

*s/ Lora Blanchard*
Lora Collins Blanchard, Fed. ID # 9677
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8714
lora_blanchard@fd.org

Greenville, SC
November 2, 2022